# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Mordechai BEN-ASHER,
    A040-142-629
              Plaintiff,

   -against-

Michael CHERTOFF,
Secretary, Department of Homeland Security,

Mary Ann Gantner,
District Director, U.S. Citizenship and
Immigration Services, New York City District

Alberto GONZALES,
Attorney General of the United States

United States Citizenship and
Immigration Services,

             Defendants.

------------------------------------------------------------X

Civil Action No.
1:07-cv-03121-LAK




## STIPULATION TO WITHDRAW WITHOUT PREJUDICE

1.    The parties to this matter hereby stipulate that this matter shall be and hereby is **withdrawn without prejudice** and without costs or attorneys fees.

2.    If Petitioner does not move to reinstate this matter, or request an extension of time to so move, within 60 days from the date that this Stipulation is So Ordered by this Court, the matter shall be deemed **withdrawn with prejudice**.

3.  If Petitioner intends of moving to reinstate within the proscribed time period, Petitioner shall provide counsel for Respondents at least ten days advanced notice, when feasible.

Signed and agreed to by:

_____
Joshua Bardavid             September 27, 2007
Counsel for Petitioner      New York, New York


_____
James Loprest, AUSA         September 27, 2007
Counsel for Respondent      New York, New York

---

## ORDER

The above-signed Stipulation shall be entered as an Order of this Court.

Dated: 9/24/07

_____
Hon. Lewis A. Kaplan
U.S. District Judge